1  Robert J. Rosati (SBN: 166487)
   ATTORNEY AT LAW
2  2055 San Joaquin Street
   Fresno, CA 93721
3  Telephone:  (559) 256-9800
   Telefax:    (559) 256-9795
4  rosatilaw@aol.com

5  Attorneys for Plaintiff TOMMY M. TSUTSUMI

6  Carolyn A. Knox (SBN: 181317)
   Krista L. Mitzel (SBN: 221002)
7  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
8  San Francisco, CA 94105
   Telephone:   (415) 397-2823
9  Facsimile:   (415) 397-8549
   cknox@seyfarth.com; kmitzel@seyfarth.com
10
   Attorneys for Defendant
11 WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG
   TERM DISABILITY PLAN
12

13                        UNITED STATES DISTRICT COURT

14                        EASTERN DISTRICT COURT

| | |
|---|---|
| 15  TOMMY M. TSUTSUMI, | Case No. 06-00778 DFL PAN |
| 16         Plaintiff, | **STIPULATION AND ORDER OF PARTIES TO EXTEND TIME WITHIN WHICH A RESPONSIVE PLEADING MUST BE FILED** |
| 17     v. | |
| 18  WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG TERM DISABILITY PLAN, | |
| 19 | |
| 20         Defendants. | |
| 21 | |

22       Plaintiff TOMMY M. TSUTSUMI has agreed to extend the time in which Defendant

23 WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG TERM DISABILITY PLAN

24 ("Plan") must file its responsive pleading in this matter. The Complaint initiating this action was

25 filed on April 11, 2006 and served on the Plan on April 24, 2006. Accordingly, a responsive

26 pleading would normally be due to the Court on or before May 15, 2006.

27

28
                                          1
   Stip. to Ext. Time to File Resp. Pleading & [Proposed] Order/ Case No. C06 0778 DFL PAN

1     The parties have agreed that a responsive pleading will be due on or before June 14,
2 2006, an extension of time that will not prevent the parties from complying with the Court's
3 Order Setting Status (Pretrial) Scheduling Conference.
4     The parties request the Court's approval of this Stipulation to Extend Time to File a
5 Responsive Pleading, through its' signature below:
6 DATED: May 25, 2006

|  |  |
|---|---|
|  | /s/ |
|  | Robert J. Rosati |
|  | Attorneys for Plaintiff<br>TOMMY M. TSUTSUMI |

DATED: May 25, 2006    SEYFARTH SHAW LLP

|  |  |
|---|---|
|  | /s/ |
|  | Carolyn A. Knox<br>Krista L. Mitzel |
|  | Attorneys for Defendant<br>WILBUR-ELLIS COMPANY SALARIED<br>EMPLOYEES LONG TERM DISABILITY<br>PLAN |

## **ORDER**

**IT IS SO ORDERED,** that a responsive pleading shall be due to the Court on or before June 14, 2006.

DATE: 5/30/2006

_____
DAVID F. LEVI
United States District Judge

SF1 28238812.1 / 25399-000001

2
Stip. to Ext. Time to File Resp. Pleading & [Proposed] Order/ Case No. C06 0778 DFL PAN