Robert J. Rosati, Jr. (SBN: 112006)
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559)256-9795
Email: rosatilaw@aol.com

Attorney for Plaintiff
TOM M. TSUTSUMI


SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
E-mail: cknox@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT COURT

| | |
|---|---|
| TOMMY M. TSUTSUMI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 06-00778 DFL PAN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND ORDER** |

　　　　Plaintiff TOM M. TSUTSUMI and Defendant WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LONG TERM DISABILITY PLAN have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

1
Stip. of Dismissal with Prejudice and [Proposed] Order / 06-00778 DFL PAN

1  The parties seek the Court's approval of dismissal of this action with prejudice through the order
2  listed *infra*.

3  Dated:  August 28, 2006                                                                    ROBERT J. ROSATI, Attorney at Law

---

          Robert J. Rosati, Jr.
Attorney for Plaintiff
TOM M. TSUTSUMI

8  DATED:  August 28, 2006                                                                  SEYFARTH SHAW LLP

---

          Carolyn A. Knox

Attorneys for Defendant
WILBUR-ELLIS COMPANY SALARIED
EMPLOYEES LONG TERM DISABILITY
PLAN

**IT IS SO ORDERED.**

DATED:  8/30/2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

2
Stip. of Dismissal with Prejudice and [Proposed] Order / 06-00778 DFL PAN